NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QUAD/TECH, INC.,**
*Plaintiff-Appellant,*

v.

**Q.I. PRESS CONTROLS B.V. and
Q.I. PRESS CONTROLS NORTH AMERICA LTD.,
INC.,**
*Defendants-Appellees,*

**and**

**PRINT2FINISH, LLC,**
*Defendant-Appellee.*

---

2010-1354

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 09-CV-2561, Judge Eduardo C. Robreno.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion of Frederick A. Tecce to withdraw as counsel of record for Quad/Tech, Inc.,

IT IS ORDERED THAT:

The motion is granted. New counsel for Quad/Tech, Inc. must promptly enter an appearance.

FOR THE COURT

JUL 0 7 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Frederick A. Tecce, Esq.
    Michael N. Onufrak, Esq.
    Charles W. Shifley, Esq.
    David D. Langfitt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 7 2010

JAN HORBALY
CLERK